**Dismissed and Memorandum Opinion filed November 17, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00159-CV

**FREEDMEN'S TOWN ASSOCIATION, INC., Appellant**

**V.**

**HARRIS COUNTY, ET AL, AS OF HARRIS COUNTY, CITY OF HOUSTON, HOUSTON ISD, AND HCCS, Appellees**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-67711**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 17, 2016. On June 17, 2016, the court reporter filed a notice that no record was taken. The clerk's record was filed June 24, 2016. No brief was filed.

On October 4, 2016, this court issued an order stating that unless appellant submitted a brief on or before October 25, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.